EOD 12/20/02

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED-CLERK
DISTRICT COURT
02 DEC 19 PM 2:05
TEXAS-EASTERN
BY Becca Ferrell

| | | |
|---|---|---|
| **HEELING SPORTS LIMITED,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:02cv169 |
| vs. | § | |
| | § | |
| **SKECHERS U.S.A., INC.,** | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION MOTION TO FILE FINAL JUDGMENT ON CONSENT UNDER SEAL**

**THIS CAUSE** came to be heard on the foregoing Defendant's Motion to File Final Judgment on Consent Under Seal. The Court, having considered said Motion, finds that the Motion should be granted.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant's Motion to File Final Judgment on Consent Under Seal is hereby **GRANTED**. The Clerk of this Court is directed to file the attached Final Judgment on Consent under seal so that it is not opened until further order of the Court.

**SIGNED** this 19th day of December, 2002.

_____
UNITED STATES DISTRICT JUDGE


33